# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00915-PAB-CBS

LOKEN-FLACK, LLC,

    Plaintiff,

v.

RICHARD J. STONER,
LYRIC TURNER, and
AGRIHOUSE BRANDS, LTD,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 97] of United States District Judge Philip A. Brimmer entered on July 17, 2014, it is

**ORDERED** that Defendants' Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56(c) [Docket No. 52] is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that plaintiff's Motion for Summary Judgment [Docket No. 53] is **DENIED**. It is further

**ORDERED** that plaintiff's Lanham Act claim for trademark infringement is **DISMISSED** with prejudice. It is further

**ORDERED** that plaintiff's claims for declaratory judgment and plaintiff's state-law tort and contract claims are **DISMISSED** without prejudice.  It is further

**ORDERED** that, within 14 days of the entry of judgment, defendants may have their costs by filing a bill of costs with the Clerk of the Court.  It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 21th day of July, 2014.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/   Kathy Preuitt-Parks
> _____
> Kathy Preuitt-Parks
> Deputy Clerk